MAXWELL v. WOODS

No. 380PC

Case below: 47 N.C. App. 495

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 October 1980.

PARKER v. SHELDON

No. 411PC

Case below: 47 N.C. App. 493

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 7 October 1980.

SPINKS v. TAYLOR and RICHARDSON v. TAYLOR CO.

No. 377PC

No. 148 (Fall Term)

Case below: 47 N.C. App. 68

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 7 October 1980.

STATE v. BIZZELL

No. 9PC

Case below: 47 N.C. App. 374

Application by defendant for further review denied 7 October 1980.

STATE v. BROWN

No. 424PC

Case below: 48 N.C. App. 225 (No. 795SC854)

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 October 1980.